IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LESLIE M. JORDAN, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:08-CV-07 (CDL) |
| UNITED STATES DHS/ICE, | * |
| MICHAEL MUKASEY, and | |
| Agent KENT RAY | * |
| Defendants. | * |
| | * |

ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on February 12, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE